NUMBER 13-08-00742-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


IN THE INTEREST OF T.K.F. AND A.L.F., CHILDREN

_____________________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 Appellant, Bethany Jolynn Fry, perfected an appeal from a judgment entered by the
28th District Court of Nueces County, Texas, in cause number 08-1754-A. Appellant has
filed a motion to dismiss the appeal on grounds that the parties have resolved their
differences. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
In accordance with the agreement of the parties, costs are taxed against the party incurring
same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 26th_day of March, 2009.